Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 09 2021

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MEJIA-AGUINIGA,<br><br>Defendant. | 1:21-CR-2049-SMJ<br><br>INDICTMENT<br><br>Vio: 8 U.S.C. § 1326<br>Alien in the United States<br>After Deportation |

The Grand Jury charges:

On or about November 4, 2021, the Defendant, JESUS MEJIA-AGUINIGA, a citizen and national of Mexico, who had theretofore been denied admission, excluded, deported and removed from the United States on or about June 30, 2015, at Calexico, California, was found in the United States, in the Eastern District of Washington, and he did not then have the express consent of the Attorney General or the Attorney General's successor, the Secretary of the Department of Homeland

INDICTMENT- 1

Security (6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

DATED this 9th day of November, 2021.

A TRUE BILL

*Vanessa Waldref* (signature)
Vanessa R. Waldref
United States Attorney

(signature)
Richard C. Burson
Assistant United States Attorney

INDICTMENT- 2